===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u>  DISTRICT OF  <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO. 3:04-CV-1189 (LEK/DRH)

**BETTY JO SPEAR,**
                          Plaintiff,

   -against-

**JO ANNE B. BARNHART, Commissioner**
of Social Security Administration,

                          Defendants.

____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable David R. Homer, United States Magistrate Judge for the Northern District of New York, dated November 01, 2006, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated January 23, 2007.


DATE:  **January 23, 2007**                **_LAWRENCE K. BAERMAN_**
                                            CLERK OF THE COURT

                                            *Scott A. Snyder*
                                            **Courtroom Deputy to the**
                                            **Honorable Lawrence E. Kahn**